## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **RANDALL RICHARD** | \* | **CASE NO. 2:22-CV-01250-JDC-KK** |
| | \* | |
| **VS.** | \* | **JUDGE JAMES D. CAIN, JR.** |
| | \* | |
| **LINCOLN NATIONAL LIFE** | \* | **MAGISTRATE JUDGE** |
| **INSURANCE CO., ET AL** | \* | **KATHLEEN KAY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT UNITED STEELWORKERS LOCAL 211'S
### MOTION TO DISMISS

NOW INTO COURT, comes Defendant, United Steelworkers Local 211 ("Union"), by and through counsel, and in support of its Motion to Dismiss, states as follows:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Union moves this Court to dismiss Plaintiff's Complaint as the Union is entitled to judgment as a matter of law since Plaintiff failed to state a claim upon which relief may be granted against the Union.

2. In support of this motion, the Union relies upon its supporting Memorandum.

3. This motion is not made for any purposes of undue harassment or delay.

WHEREFORE, for good cause stated herein, the Defendant Union moves that this Court enter an Order of Dismissal as to Plaintiff's Complaint and for such other relief to which Defendant Union may be entitled.

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

*s/Julie Richard Spencer*
Julie Richard Spencer (LA Bar No. 20340)
Kevin R. Mason (LA Bar No. 31394)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: jrichard@ruspclaw.com
kmason@ruspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I electronically filed a copy of this Defendant United Steelworkers Local 211's Motion to Dismiss with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Julie Richard Spencer*
Julie Richard Spencer (LA Bar No. 20340)