UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **RANDALL RICHARD** | \* | **CASE NO. 2:22-CV-01250-JDC-KK** |
| | \* | |
| **VS.** | \* | **JUDGE JAMES D. CAIN, JR.** |
| | \* | |
| **LINCOLN NATIONAL LIFE** | \* | **MAGISTRATE JUDGE** |
| **INSURANCE CO., ET AL** | \* | **KATHLEEN KAY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CORPORATE DISCLOSURE

NOW INTO COURT, comes Defendant, United Steelworkers Local 211 ("Union"), by and through counsel, and in response to Document Number 13 to state that the Union is a labor organization and as such is an unincorporated association under 26. U.S.C. § 501(c)(5) and not a corporation. Therefore, it is not required to file a corporate disclosure under Rule Fed. R. Civ. P. 7.1.

Respectfully submitted,

**ROBEIN, URANN,**
**SPENCER, PICARD & CANGEMI, APLC**

*s/Julie Richard Spencer*
Julie Richard Spencer (LA Bar No. 20340)
Kevin R. Mason (LA Bar No. 31394)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: jrichard@ruspclaw.com
         kmason@ruspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed a copy of this Notice of Corporate Disclosure by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Julie Richard Spencer*
Julie Richard Spencer (LA Bar No. 20340)